FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 26 2003

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

LODGED

SEP 2 4 2003

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

TARALYNN M. OLAYVAR
Special Assistant U.S. Attorney
15 ABW/JAL
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext 243
Facsimile No.  449-8614
Email:  taralynn.olayvar@hickam.af.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　vs.　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>JOSEPHINE G. TAIRA,　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　 )<br>　　　　　　　　　　　　　　　) | CR. NO.:  02-00535<br><br>ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the district of Hawaii hereby dismisses,

without prejudice, the information against JOSEPHINE G. TAIRA, the defendant.

DATED: Honolulu, Hawaii, September 25, 2003.

_____
TARALYNN M. OLAYVAR
Special Assistant. U.S. Attorney
District of Hawaii

APPROVED AND SO ORDERED:

**BARRY M. KURREN**
_____
UNITED STATES MAGISTRATE JUDGE

U.S. v. TAIRA
CR. NO.: 02-00535
Order For Dismissal